**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE PORK ANTITRUST LITIGATION | Case No: 18-cv-1776 |
| | Judge John R. Tunheim |
| US FOODS, INC., *et al.*, | Individual Case No. 22-cv-00072 (D. MN) |
| Plaintiff, | |
| vs. | Individual Case No. 21-cv-10037 (N.D. CA) |
| CLEMENS FOOD GROUP LLC, *et al.*, | |
| Defendants. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF**
**US FOODS, INC.'S CLAIMS AGAINST CLEMENS DEFENDANTS**

Plaintiff US Foods, Inc. and Defendants Clemens Food Group, LLC and The Clemens Family Corporation, in the above-styled action, through counsel, stipulate to the following and respectfully request this Court's approval of their stipulation:

This Stipulation is between Plaintiff US Foods, Inc. ("US Foods") and Clemens Food Group, LLC and The Clemens Family Corporation, (collectively, "Clemens").

1. This Stipulation relates only to *US Foods, Inc. v. Clemens Food Group LLC,* Case No. 22-cv-00072 (D. MN.), transferred from Case No. 21-cv-10037 (N.D. CA) (the "US Foods' Action"), and only to US Foods and Clemens in the US Foods' Action.

2. In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, US Foods and Clemens stipulate and agree to the dismissal, with prejudice, of US Foods' claims against Clemens in the US Foods' Action, including US Foods' claims against Clemens in the Direct Action Plaintiffs' ("DAPs") Consolidated Complaint, ECF No. 1659, in *In re Pork Antitrust*

*Litigation*, Case No. 18-cv-1776 (D. MN.) ("MDL 1776"), with US Foods and Clemens each bearing its own attorneys' fees and costs.

3.      This Stipulation of Dismissal, with prejudice, does not apply to and has no bearing on any plaintiff or defendant in the US Foods' Action – including any of the parties identified in the DAPs' Consolidated Complaint at ECF No. 1659 in MDL 1776 – other than US Foods and Clemens.

Dated:   March 31, 2026March 31, 2026March 31, 2026                                              Respectfully submitted,

By:  s/ *Samuel D. Randall*
       William J. Blechman, Esquire
       Samuel J. Randall, Esquire
       KENNY NACHWALTER, P.A.
       1441 Brickell Avenue
       Suite 1100
       Miami, Florida  33131
       Tel:  (305) 373-1000
       E-mail:  wblechman@knpa.com
                     srandall@knpa.com

**Counsel for Plaintiff US Foods, Inc.**

693181.1

By:  s/ *Daniel Laytin*
       Daniel Laytin, P.C. (*pro hac vice*)
       Christa Cottrell, P.C. (*pro hac vice*)
       Jenna Stupar (*pro hac vice*)
       Nicholas M. Ruge (*pro hac vice*)
       Amarto Bhattacharyya (*pro hac vice*)
       KIRKLAND & ELLIS LLP
       333 West Wolf Point Plaza
       Chicago, Illinois  60654
       Tel:  (312) 862-2000
       E-mail:  daniel.laytin@kirkland.com
                     christa.cottrell@kirkland.com
                     jenna.stupar@kirkland.com
                     nicholas.ruge@kirkland.com
                     amarto.bhattacharyya@kirkland.com

**Counsel for Defendants Clemens Food Group LLC and The Clemens Family Corporation**